UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| JASON SNIVELY, STEPHEN CLARK, AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC 216(B),<br><br>Plaintiffs,<br><br>VERSUS<br><br>PEAK PRESSURE CONTROL, LLC, AND NINE ENERGY SERVICES, L.L.C.<br><br>Defendants. | CIVIL ACTION NO. 7:15-CV-00134-HLH |

## DECLARATION OF BRETT QUIGLEY

I, Brett Quigley, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct based on my personal knowledge of the facts and records referenced herein:

1. I am a person of sound mind who is more than 18 years of age and capable of making this Declaration.

2. I am employed by Nine Energy Service, LLC ("Nine"), as the Director, Fleet & DOT Compliance, and have worked for Nine in the area of fleet and DOT compliance since July of 2014.

3. In my position, I am responsible for, among other things, formulating and implementing policies and procedures for compliance with federal laws regulating motor carriers and interstate transportation for use by Nine's various business operations, including its

{B1071296.1}

1

EXHIBIT 1

pressure control services business formerly operated under the name Peak Pressure Control, LLC ("Peak") (collectively Nine and Peak are referred to as the "Company").

4. The Company is a motor carrier regulated by the U.S. Department of Transportation ("DOT") operating under USDOT Number 2086221, and has been a registered motor carrier since 2010.

5. Attached is copy of the Company Snapshot as of January 5, 2016, made available to the general public by the Federal Motor Carrier Safety Administration through its Safety and Fitness Electronic Records ("SAFER") System online at www.safer.fmcsa.dot.gov.

6. In my position, I am familiar with records reflecting the fleet used in Nine's pressure control business, which includes Ford 550s.

7. The gross vehicle weight rating of a Ford 550 in the fleet used for pressure control services is approximately 17,500-19,500 pounds.

8. The International Registration Plan is a registration reciprocity agreement among the states of the United States, and other jurisdictions, required for vehicles weighing more than 26,000 pounds that cross state lines.

9. The International Fuel Tax Agreement is an agreement among the lower 48 states of the United States, and other jurisdictions, to simplify reporting of fuel use by motor carriers and is required for vehicles weighing more than 26,000 pounds that cross state lines.

10. The fleet of Ford 550 trucks used for pressure control services also is IRP-licensed and IFTA-permitted for a combined weight of up to 40,000 pounds.

11. Operators in Nine's pressure control services business are required to possess a valid Commercial Driver's License for employment.

12. Operators are required to accurately complete driver logs for DOT compliance purposes.

13. Nine's business records include, but are not limited to, records relating to its vehicle fleet, motor carrier status, and interstate transportation ("Business Records").

14. Nine's Business Records are made at or near the time of the events by a person with knowledge of the substance of the records.

15. Nine regularly makes and maintains its Business Records in the ordinary course of its business.

16. I have personal knowledge of the Business Records of Nine referenced herein.

Dated: January 6, 2016

_____
Brett Quigley

○ USDOT Number  ○ MC/MX Number  ● Name
Enter Value: [NINE ENERGY SERVIC]
[Search]

**Company Snapshot**
PEAK PRESSURE CONTROL LLC
USDOT Number: 2086221

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

| Other Information for this Carrier |
|---|
| ▼ SMS Results |
| ▼ Licensing & Insurance |

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

The information below reflects the content of the FMCSA management information systems as of 01/05/2016. Carrier VMT Outdated.

| | |
|---|---|
| Entity Type: | Carrier |
| Operating Status: | ACTIVE    Out of Service Date: None |
| Legal Name: | PEAK PRESSURE CONTROL LLC |
| DBA Name: | NINE ENERGY SERVICE |
| Physical Address: | 12914 W CO ROAD 91<br>MIDLAND, TX  79707 |
| Phone: | (432) 685-1060 |
| Mailing Address: | PO BOX 10607<br>MIDLAND, TX  79702 |
| USDOT Number: | 2086221    State Carrier ID Number: |
| MC/MX/FF Number(s): |     DUNS Number: -- |
| Power Units: | 23    Drivers: 45 |
| MCS-150 Form Date: | 08/28/2014    MCS-150 Mileage (Year): 671,492 (2013) |

**Operation Classification:**

| | | |
|---|---|---|
| Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| x Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | x Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

US Inspection results for 24 months prior to: 01/05/2016

Total Inspections: 19
Total IEP Inspections: 0
Note: Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

**Inspections:**

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 19 | 19 | 0 | 0 |
| Out of Service | 8 | 4 | 0 | 0 |
| Out of Service % | 42.1% | 21.1% | % | 0% |
| Nat'l Average % (2009- 2010) | 20.72% | 5.51% | 4.50% | N/A |

### Crashes reported to FMCSA by states for 24 months prior to: 01/05/2016

Note: Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

**Crashes:**

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 1 | 0 | 1 |

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

### Canadian Inspection results for 24 months prior to: 01/05/2016

Total inspections: 0
Note: Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

**Inspections:**

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

### Crashes results for 24 months prior to: 01/05/2016

Note: Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

**Crashes:**

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

**Carrier Safety Rating:**

The rating below is current as of: 01/05/2016

**Review Information:**

| Rating Date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-Ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts